UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOEING EMPLOYEES CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA, Official Number 1214577, her engines, tackle, apparel, furniture and appurtenances, <u>In Rem</u>; and SCOTT MINETTE and CYNTHIA M. MINETTE, <u>In Personam</u> | IN ADMIRALTY<br><br>NO. 11-cv-01284-RSL<br><br>DEFAULT JUDGMENT *IN REM* JUDGMENT FORECLOSING PREFERRED MARINE MORTGAGE AND ORDER OF SALE |

THIS MATTER having come on regularly upon the motion of plaintiff, and the Court, having considered the records and files herein and the affidavit of counsel submitted with the motion, and an Order of Default having been entered, now makes the following findings:

1. Plaintiff is entitled to a Default Judgment against the defendant vessel, no answer or statement of right or interest having been filed; and

2. Plaintiff's claim under its preferred marine mortgage is superior to that of any other claimant.

NOW, THEREFORE,

DEFAULT JUDGMENT *IN REM* JUDGMENT
FORECLOSING PREFERRED MARINE - 1.

schferus oncegan & martin/pllc
attorneys at law
805 Dunon street
suite 710
seattle/washington 98104
(206) 957-8333
fax (206) 957-8338

1 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the preferred marine mortgage on the Dakota, Official Number 1214577, her engines, tackle, apparel, furniture and equipment, in favor of Boeing Employees Credit Union, is foreclosed; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Boeing Employees Credit Union shall have judgment against Dakota, Official Number 1214577, her engines, tackle, apparel, furniture and equipment *In Rem* for $1,352,651.98, plus interest at the rate of 5.99% from August 2, 2011 through the date of entry of this judgment, plus attorneys' fees and costs and administrative expenses as subsequently approved by the Court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment granted shall bear interest at the federal rate from the date of granting of this judgment until paid; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the U.S. Marshal shall, pursuant to the rules of the United States District Court for the Western District of Washington, cause the Dakota, Official Number 1214577, her engines, tackle, apparel, furniture and equipment, to be condemned and sold at public auction to the highest and best bidder, the sale to be held alongside the vessel on a date and at a time satisfactory to the U.S. Marshal to be determined after entry of this Order; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that at such sale, Boeing Employees Credit Union, plaintiff, is authorized to bid in any part of the judgment and accrued interest here awarded without cash deposit, and that, in the event the bid of Boeing Employees Credit Union, plaintiff, is the highest and best bid, the amount of such bid shall be credited on the judgment here awarded; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the U.S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to Boeing Employees Credit Union, plaintiff, so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

DEFAULT JUDGMENT *IN REM* JUDGMENT
FORECLOSING PREFERRED MARINE - 2.

Ferguson & Martin/opp
Attorneys at law
PO Union Street
Suite 17:
Seattle/Washington 98101
(206) 957-0533
Fax (206) 957-0538

Dated this 14th day of November, 2011.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

__/s/ Brian C. Read_____

Brian C. Read, of

SIDERIUS, LONERGAN & MARTIN, LLP

Attorneys for Plaintiff

WSBA #34091

Approved by:

__/s/  M Stiltner_____

for U.S. Marshal

Western District of Washington

DEFAULT JUDGMENT *IN REM* JUDGMENT
FORECLOSING PREFERRED MARINE - 3.

siderius lonergan & martin/llp
attorneys at law
500 Union Street
Suite X7
Seattle/Washington Y,434
(206)957X33
fax (206)957X38